IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP HALPERT, derivatively on behalf of ASIAINFO-LINKAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVE ZHANG, JIAN DING, LIBIN SUN, SEAN SHAO, YUNGANG LU, DAVIN A. MACKENZIE, THOMAS J. MANNING, SUNING TIAN, XIWEI HUANG, and GUOXIANG LIU, <br><br> Defendants, <br><br> -and- <br><br> ASIAINFO-LINKAGE, INC., a Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 12-cv-01339-SLR |

### AFFIDAVIT OF SCOTT B. CZERWONKA IN SUPPORT OF NOMINAL DEFENDANT ASIAINFO-LINKAGE, INC.'S MOTION TO STAY

STATE OF DELAWARE     :
                      :
COUNTY OF NEW CASTLE  :

I, Scott B. Czerwonka, being duly sworn, hereby state as follows:

1. I am an associate attorney with the law firm of DLA Piper LLP (US), counsel for Nominal Defendant AsiaInfo-Linkage, Inc. in the above-captioned action. DLA Piper also represents AsiaInfo-Linkage, Inc. and certain individual defendants in the consolidated class action pending in the Court of Chancery, styled *In re AsiaInfo-Linkage, Inc. S'holders Litig.*, Consol. C.A. No. 8583-VCP. I submit this affidavit in support of Nominal Defendant AsiaInfo-Linkage, Inc's Motion To Stay, filed contemporaneously herewith.

1

2. Attached to this affidavit are true and correct copies of the following exhibits:

| Exhibit | Description |
|---|---|
| A | Agreement and Plan of Merger Among Skipper Limited, Skipper Acquisition Corporation, and AsiaInfo-Linkage, Inc., dated May 12, 2013 |
| B | Consolidation Order, *In re AsiaInfo-Linkage, Inc. S'holders Litig.*, Consol. C.A. No. 8583-VCP, Dkt. No. 5 (Del. Ch. Aug. 6, 2013) |
| C | Verified Consolidated Amended Class Action Complaint, *In re AsiaInfo-Linkage, Inc. S'holders Litig.*, Consol. C.A. No. 8583-VCP, Dkt. No. 6 (Del. Ch. Aug. 9, 2013) |
| D | Schedule 14A, Preliminary Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934, dated July 23, 2013 |

3. On August 19, 2013, defendants in the Court of Chancery action received a settlement demand from Levi & Korsinsky LLP, co-lead counsel for the class action plaintiffs. In response to that letter, the parties engaged in settlement negotiations and are on the verge of entering into a memorandum of understanding.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Scott B. Czerwonka (I.D. No. 4844)
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
scott.czerwonka@dlapiper.com

SWORN TO AND SUBSCRIBED BEFORE ME,
this 23rd day of October, 2013

_____
Andrew H. Sauder, Attorney (I.D. No. 5560)
Signed Pursuant to 29 *Del. C.* § 4323