# EXHIBIT D

Morningstar® Document Research℠

# FORM DEF 14A

## ASIAINFO-LINKAGE, INC - ASIA

**Filed: March 05, 2009 (period: April 21, 2009)**

Official notification to shareholders of matters to be brought to a vote (Proxy)

*The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.*

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

# SCHEDULE 14A
**(Rule 14a-101)**

**INFORMATION REQUIRED IN PROXY STATEMENT**

**SCHEDULE 14A INFORMATION**

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934

**Filed by the Registrant**   ☒

**Filed by a Party other than the Registrant**   ☐

**Check the appropriate box:**

☐   **Preliminary Proxy Statement**

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e) (2))**

☒   **Definitive Proxy Statement**

☐   **Definitive Additional Materials**

☐   **Soliciting Material Under §240.14a-12**

### ASIAINFO HOLDINGS, INC.
**(Name of Registrant as Specified In Its Charter)**

### N/A
**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

**Payment of Filing Fee (Check the appropriate box):**

☒   **No fee required.**

☐   **Fee computed on table below per Exchange Act Rules 14a-6(i) (4) and 0-11.**

  1)   Title of each class of securities to which transaction applies:

  2)   Aggregate number of securities to which transaction applies:

  3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

  4)   Proposed maximum aggregate value of transaction:

  5)   Total fee paid:

☐   **Fee paid previously with preliminary materials.**

☐   **Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the form or schedule and the date of its filing.**

  1)   Amount previously paid:

  2)   Form, Schedule or Registration Statement No.:

Source: ASIAINFO-LINKAGE, INC, DEF 14A, March 05, 2009                                                                 Powered by Morningstar® Document Research℠
The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this
information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

Table of Contents

**Tax and Accounting Implications**

*Policy Regarding Section 162(m) of the Internal Revenue Code*

Section 162(m) of the Internal Revenue Code, or the IRC, generally disallows a tax deduction to public companies for compensation in excess of $1 million paid to a company's chief executive officer, chief financial officer or any of the three most highly compensated executive officers. Certain performance-based compensation, however, is exempt from the deduction limit. The Compensation Committee has considered the potential impact of Section 162(m) of the IRC on the compensation paid to AsiaInfo's executive officers. It is the Compensation Committee's intention that, so long as it is consistent with its overall compensation objectives and philosophy, executive compensation will be deductible for federal income tax purposes. Awards issued under AsiaInfo's stock incentive plans (including stock options, restricted stock units and performance stock units) have been structured so that any taxable compensation derived pursuant to the exercise of options granted under such plans should not be subject to these deductibility limitations.

*Accounting for Stock-Based Compensation*

Beginning on January 1, 2006, AsiaInfo began accounting for stock-based payments in accordance with the requirements of FAS 123(R), which requires us to estimate and record an expense over the service period of the award.

**Compensation Paid to Named Executive Officers**

The following table sets forth information concerning the compensation earned for services rendered to AsiaInfo by each of the named executive officers of AsiaInfo for the fiscal years ended December 31, 2006, 2007 and 2008, respectively:

**SUMMARY COMPENSATION TABLE[1]**

| Name and Principal Position | Year | Salary ($) | Stock Awards ($)[2] | Non-Equity Incentive Compensation ($)[3] | All Other Compensation ($)[4] | Total ($)[5] |
|---|---|---|---|---|---|---|
| Steve Zhang, | 2008 | 202,149 | 561,881 | — | 104,183[7] | 868,213 |
| President and Chief Executive Officer | 2007 | 177,422 | 617,565 | 274,175[6] | 91,325[8] | 1,160,487 |
| | 2006 | 160,000 | 150,177 | 222,091 | 87,450 | 619,718 |
| Eileen Chu[9], | 2008 | 114,641 | 82,618 | — | 16,928[11] | 214,187 |
| Former Vice President and Chief Financial Officer | 2007 | 103,222 | 92,501 | 46,559[10] | 11,617 | 253,899 |
| Yinhu Zhang, | 2008 | 72,872 | 85,851 | — | 27,267 | 185,990 |
| Vice President and | 2007 | 66,237 | 94,772 | 26,930[12] | 39,388[13] | 227,327 |
| General Manager of HR & Admin. | 2006 | 61,961 | 19,989 | 23,814 | 43,303 | 149,067 |
| Jian Qi, | 2008 | 89,606 | 92,979 | — | 17,005 | 199,590 |
| President and Chief Executive Officer of Lenovo-AsiaInfo | 2007 | 80,652 | 102,261 | 53,842[14] | 17,438 | 254,193 |
| Division | 2006 | 75,446 | 24,363 | 40,340 | 16,950 | 157,099 |
| Feng Liu, | 2008 | 88,978 | 114,062 | — | 8,038 | 211,078 |
| Vice President and General Manager of R&D of AsiaInfo | 2007 | 80,087 | 121,847 | 65,729[15] | 9,763 | 277,426 |
| Technologies Division | 2006 | 74,916 | 30,045 | 58,909 | 16,423 | 180,293 |

(1) For 2006, all cash compensation payments, except Steve Zhang's, are RMB denominated and have been converted to the U.S. dollar at the exchange rate of U.S.$1.00=RMB7.8087, the exchange rate quoted by Federal Reserve Bank of New York as of December 31, 2006. For 2007, all cash compensation payments are RMB denominated and have been converted to the U.S. dollar at the exchange rate of U.S.$1.00=RMB7.2946, the exchange rate quoted by Federal Reserve Bank of New York as of

Source: ASIAINFO-LINKAGE, INC, DEF 14A, March 05, 2009

Powered by Morningstar® Document Research℠

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.