IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed the *Memorandum Of Law In Opposition To Plaintiff's Motion For Judgment On The Pleadings* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Brian E. Farnan
>FARNAN, LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>Tel: (302) 777-0300
>Fax: (302) 777-0301
>bfarnan@farnanlaw.com

I also hereby certify that on November 8, 2013, I electronically mailed the document to the following non-registered participants:

>Eduard Korsinsky
>Steven J. Purcell
>LEVI & KORSINSKY, LLP
>30 Broad Street, 24th Floor
>New York, NY 10004
>Tel: (212) 363-7500
>Fax: (212) 363-7171
>ek@zlk.com
>spurcell@zlk.com

>/s/ *Arthur L. Dent*
>Arthur L. Dent (No. 2491)
>POTTER ANDERSON & CORROON LLP
>1313 North Market Street, 6th Floor
>Post Office Box 951
>Wilmington, DE 19899
>Tel: (302) 984-6189
>Fax: (302) 658-1192
>adent@potteranderson.com
>
>*Attorney for Defendants Jian Ding, Libin Sun, Sean Shao, Yungang Lu, Davin Mackenzie, Thomas Manning, Suning Tian, and Xiwei Huang*