# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP HALPERT, derivatively on behalf of ASIAINFO-LINKAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVE ZHANG, JIAN DING, LIBIN SUN, SEAN SHAO, YUNGANG LU, DAVIN A. MACKENZIE, THOMAS J. MANNING, SUNING TIAN, XIWEI HUANG, and GUOXIANG LIU, <br><br> Defendants, <br><br> -and- <br><br> ASIANO-LINKAGE, INC., a Delaware Corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 12-1339-SLR |

## DECLARATION OF BENJAMIN J. SCHLADWEILER

I, Benjamin J. Schladweiler, under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice in this Court, and an associate with the law firm of Seitz Ross Aronstam & Moritz LLP, attorneys for Messrs. Steve Zhang and Guoxiang Liu, defendants in the above-captioned action. I submit this declaration in support of the Individual Defendants' Post-Merger Motion to Dismiss for Lack of Standing.

2. Below is a list of exhibits cited in the accompanying Opening Brief in Support of the Individual Defendants' Post-Merger Motion to Dismiss For Lack of Standing. A true and correct copy of each document is attached hereto.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | AsiaInfo Form 8-K (Jan. 20, 2012) (Form 8-K, Ex. 99.1) |
| B | Verified Class Action Complaint for Breach of Fiduciary Duty, *In re AsiaInfo-Linkage, Inc. Stockholders Litig.*, Consol. C.A. No. 8583-VCP (Del. Ch. 2013) (D.I. 1) |
| C | AsiaInfo Form DEF 14A (Nov. 18, 2013) (cover page, pages 18, 19) |
| D | AsiaInfo Form 8-K (May 13, 2013) (Form 8-K, Ex. 99.1) |
| E | AsiaInfo Form 8-K (Dec. 19, 2013) (Form 8-K, Ex. 99.1) |
| F | AsiaInfo Form 8-K (Jan. 15, 2014) (Form 8-K, Ex. 99.1) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2014          */s/ Benjamin J. Schladweiler*
                                                           Benjamin J. Schladweiler