IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP HALPERT, derivatively on behalf of ASIAINFO-LINKAGE, INC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 12-1339-SLR |
| STEVE ZHANG, JIAN DING, LIBIN SUN, SEAN SHAO, YUNGANG LU, DAVIN A. MACKENZIE, THOMAS J. MANNING, SUNING TIAN, XIWEI HUANG, and GUOXIANG LIU, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| ASIAINFO-LINKAGE, INC., a Delaware Corporation, | ) ) ) | |
| Nominal Defendant. | ) ) ) | |

ORDER

At Wilmington this ⎯⎯ day of April, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on April 1, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 72) is adopted.

2. The motion to dismiss filed by defendants Jian Ding, Xiwei Huang, Guoxiang Liu, Yungang Lu, Davin A. Mackenzie, Thomas J. Manning, Sean Shao, Libin Sun,

Suning Tian and Steve Zhang (D.I. 52) is granted.

3. The motion to stay (D.I. 37) filed by nominal defendant AsiaInfo-Linkage Inc. is denied as moot.

4. Plaintiff's motion for leave to file an amended complaint (D.I. 57) is denied.

_____
United States District Judge